Rory Linerud, LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DOROTHY WORKS, | ) |
| | ) CASE No. 09-1434-KI |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Attorney fees in the amount of $18,496.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. Previously, this Court awarded $5,850.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. If Plaintiff's attorney receives both fees, he must refund the smaller fee to the claimant. IT IS SO ORDERED.

DATED this 4th day of April, 2012.

_____
Garr M. King
United States District Court Judge

Presented by:
s/Rory J. Linerud, OSB # 97006
Attorney for Plaintiff
PO Box 1105, Salem, OR 97308-1105
(503)587-8776

ORDER 406(b) FEES
Page 1